**FILED**
JUN 1 3 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY \_\_\_\_\_ DEPUTY

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: HYDROXYCUT MARKETING AND
SALES PRACTICES LITIGATION

MDL No. 2087

(SEE ATTACHED SCHEDULE)

**FILED**
Jun 14, 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CONDITIONAL TRANSFER ORDER (CTO –42)**

On October 6, 2009, the Panel transferred 13 civil action(s) to the United States District Court for the Southern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See 655 F.Supp.2d 1357 (J.P.M.L. 2009). Since that time, 90 additional action(s) have been transferred to the Southern District of California. With the consent of that court, all such actions have been assigned to the Honorable Barry Ted Moskowitz.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of California and assigned to Judge Moskowitz.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of California for the reasons stated in the order of October 6, 2009, and, with the consent of that court, assigned to the Honorable Barry Ted Moskowitz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 13, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on Jun 14, 2012 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ K. Johnson
Deputy

IN RE: HYDROXYCUT MARKETING AND
SALES PRACTICES LITIGATION                                          MDL No. 2087


### SCHEDULE CTO-42 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **CALIFORNIA EASTERN** | | | |
| CAE | 2 | 12-00988 | Blaylock et al v. Interhealth Nutraceuticals Incorporated et al |
| **TEXAS SOUTHERN** | | | |
| TXS | 4 | 12-01124 | Barton v. Iovate Health Sciences USA, Inc. et al |
| TXS | 4 | 12-01126 | Gigliotti v. Iovate Health Sciences USA, Inc. et al |
| TXS | 4 | 12-01127 | Heitkamp v. Iovate Health Sciences USA, Inc. et al |
| TXS | 4 | 12-01128 | Hernandez v. Iovate Health Sciences USA, Inc. et al |
| TXS | 4 | 12-01129 | Herrlich v. Iovate Health Sciences USA, Inc. et al |
| TXS | 4 | 12-01130 | McLean v. Iovate Health Sciences USA, Inc. et al |
| TXS | 4 | 12-01131 | Swartz v. Iovate Health Sciences USA, Inc. et al |
| TXS | 4 | 12-01133 | Terrazas, Jr. v. Iovate Health Sciences USA, Inc. et al |
| TXS | 4 | 12-01134 | Velasquez v. Iovate Health Sciences USA, Inc. et al |