UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| IN RE HYDROXYCUT MARKETING AND SALES PRACTICES LITIGATION | 3:09-md-02087-BTM-AJB<br>MDL No. 2087<br>Judge Barry Ted Moskowitz |
| DELORIS BLAYLOCK, RYAN JOHNSON, MATTHEW HOSTETLER, TASHA WELLKNOWN, JAMES BURROUGHS, BILLY CHURCH, HARRY SADLER, ROBERT RUSHIN, PHELIX PERINE<br><br>Plaintiff<br><br>vs.<br><br>INTERHEALTH NUTRACEUTICALS INCORPORATED, et al.<br><br>Defendants | C. A. No. 3:12-CV-01448 |

### DECLARATION OF TREVOR B. ROCKSTAD IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

I, Trevor B. Rockstad, declare and state as follows:

1. I am a member of the law firm of Davis & Crump, P. C. I am fully familiar with the facts and circumstances set forth in this Declaration from my own personal knowledge and from a review of the file maintained in this action by my office.

2. Davis & Crump, P. C. is counsel for Plaintiff, Billy Church. The basis for the Motion to Withdraw is that counsel is unable to communicate with the plaintiff despite diligent efforts. A global settlement has been reached in this litigation and Davis & Crump has made diligent efforts to communicate with the plaintiff regarding this settlement. Davis & Crump has even hired an investigator to ensure that counsel has proper contact information for the plaintiff.

3. By reason of the foregoing, it is respectfully requested that the Court enter an Order relieving Davis & Crump, P. C. as attorneys for Plaintiff, Billy Church, to provide Plaintiff notice of said Order, and with such other and further relief as this Court deems just and proper.

4. Counsel will mail a copy of this motion to the last known address of the plaintiff.

4.  I hereby certify that the foregoing statements made by me are true and correct and that I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th date of January, 2014

Trevor B. Rockstad